UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NU WAY MARKET, INC.; RIO LINDA MASONIC BUILDING ASSOCIATION dba RIO LINDA MASONIC TEMPLE ASSOCIATION<br><br>Defendants. | Case No.: 2:21-cv-01902-KJM-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO AMENDED COMPLAINT** |

Upon stipulation of the parties and good cause shown, it is hereby ordered that Defendant NU WAY MARKET, INC. have up to January 31, 2022, to file a response to Plaintiff's First Amended Complaint.

DATED:  January 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND
TO AMENDED COMPLAINT                                         Case No. 2:21-cv-01902-KJM-DB