Andrew J. Kozlow (State Bar No. 252295)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  andrew.kozlow@jacksonlewis.com

Attorneys for Defendant
NU WAY MARKET INC., and RIO LINDA
MASONIC BUILDING ASSOCIATION


Tanya Moore (State Bar No. 206683)
MOORE LAW FIRM, P.C.
300 South First Street, Ste. 342
San Jose, California 95113
Telephone:  (408) 298-2000
Facsimile:  (925) 298-6046
E-mail:  tanya@moorelawfirm.com

Attorney for Plaintiff
DARREN GILBERT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NU WAY MARKET, INC.; RIO LINDA MASONIC BUILDING ASSOCIATION dba RIO LINDA MASONIC TEMPLE ASSOCIATION<br><br>Defendants. | Case No.: 2:21-cv-01902-KJM-DB<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO AMENDED COMPLAINT** |

**WHEREAS**, Plaintiff DARREN GILBERT ("Plaintiff") and Defendant NU WAY MARKET, INC. previously stipulated to extending the time for Defendant to file its responsive pleading to Plaintiff's First Amended Complaint to January 31, 2022;

**WHEREAS**, co-defendant Rio Linda Masonic Building Association (collectively with Nu Way Markey, Inc. "Defendants"), has a current response date of January 31, 2022.

**WHEREAS**, the parties have set the joint site inspection for February 18, 2022;

**WHEREAS**, the parties have continued to discuss resolution and are in need of additional time to explore settlement;

**IT IS HEREBY STIPULATED** that Defendants have up to February 17, 2022, to file a response to the First Amended Complaint.

Good cause exists to extend the time for Defendants to respond to the Complaint as counsel for this Defendant was just retained. The Parties are also working towards discussing possible resolution. This extension will not alter the date of any event or any deadline already fixed by Court order.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

SO STIPULATED.

                                                Respectfully Submitted,

Dated:  February 2, 2022         MOORE LAW FIRM

By:  /s/ Tanya Moore (as authorized on 2-2-2022)
      Tanya Moore
      Attorneys for Plaintiff
      DARREN GILBERT

Dated:  February 2, 2022         JACKSON LEWIS P.C.

By:   /s/ Andrew J. Kozlow
      Andrew J. Kozlow
      Attorneys for Defendants
      NU WAY MARKET INC., and RIO LINDA
      MASONIC BUILDING ASSOCIATION

4880-9758-7468, v. 1