UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NU WAY MARKET, INC.; RIO LINDA MASONIC BUILDING ASSOCIATION dba RIO LINDA MASONIC TEMPLE ASSOCIATION<br><br>Defendants. | Case No.: 2:21-cv-01902-KJM-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO AMENDED COMPLAINT** |

Upon stipulation of the parties, and good cause appearing, it is ordered that Defendants NU WAY MARKET, INC. and RIO LINDA MASONIC BUILDING ASSOCIATION shall submit their responses to plaintiff's first amended complaint on or before February 17, 2022.

The Initial Scheduled Conference set for February 24, 2022, is VACATED and RESET for April 21, 2022, at 2:30 p.m., with the filing of a joint status report due fourteen (14) days prior.

DATED: February 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1