1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7                     **UNITED STATES DISTRICT COURT**

8                     **EASTERN DISTRICT OF CALIFORNIA**

9

10 DARREN GILBERT,                       ) Case No. 2:21-cv-01902-KJM-DB
                                         )
11          Plaintiff,                   ) **NOTICE OF VOLUNTARY DISMISSAL**
                                         ) **OF ENTIRE ACTION**
12     vs.                               )
                                         )
13 NU WAY MARKET INC.; RIO LINDA         )
   MASONIC BUILDING ASSOCIATION dba      )
14 RIO LINDA MASONIC TEMPLE              )
   ASSOCIATION;                          )
15                                       )
                                         )
16          Defendants.                  )
                                         )
17                                       )
                                         )
18 _____)

19     WHEREAS, Defendants have not filed an answer or motion for summary judgment;

20     WHEREAS, Plaintiff and Defendants have settled the matter;

21     WHEREAS, no counterclaim has been filed;

22     Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal
23 Rule of Civil Procedure 41(a)(1)(A)(i).

24

25 Date: March 18, 2022                   MOORE LAW FIRM, P.C.

26
                                          */s/ Tanya E. Moore*
27                                        Tanya E. Moore
                                          Attorney for Plaintiff,
28                                        Darren Gilbert


NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

Page 1